UNITED STATES DISTRICT COURT
for the
Southern District of Georgia - Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN -8 2015

CLERK W. Guy
SO. DIST. OF GA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Leroy Chisholm, aka "Fats" | ) Case No: 4:13-CR-00007-12 |
| | ) USM No: 17923-021 |
| Date of Original Judgment: February 21, 2014 | ) Mark A. Hendrix |
| Date of Previous Amended Judgment: N/A | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated  February 21, 2014,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  June 5, 2015

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Effective Date: November 1, 2015      Southern District of Georgia
*(if different from order date)*               Printed name and title